FILED
08 FEB 20 PM 12: 15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: /P   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 0424 JM |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| JUAN HERNANDEZ-MEDIA, ) | |
| Defendant. ) | |

The grand jury charges:

On or about January 24, 2008, within the Southern District of California, defendant JUAN HERNANDEZ-MEDIA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//
//

WDK:fer:San Diego
2/15/08

1  It is further alleged that defendant JUAN HERNANDEZ-MEDIA, was
2  removed from the United States subsequent to May 6, 1998.
3  DATED: February 20, 2008.

A TRUE BILL:

*/s/ [signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: */s/ [signature]*
DOUGLAS KEEHN
Assistant U.S. Attorney