```
HEATHER R. ROGERS
California State Bar No. 229519
427 C. Street, #300
San Diego, California  92101-5008
Telephone:  (619) 233-3169, x.16
Facsimile: (619) 684-2796
heather_rogers@rogersdefense.com

Attorney for Mr. Hernandez-Media
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>JUAN HERNANDEZ-MEDIA,<br><br>             Defendant. | Case No. 07cr0424-JTM<br><br>PROOF OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon the attorneys of record:

**Assistant United States Attorney's Office**
efile.dkt.gc2@usdoj.gov.

Dated:  March 3, 2008                                     /s/ Heather R. Rogers
                                                              **HEATHER R. ROGERS**
                                                              Attorney for Mr. Hernandez-Media