UNITED STATES DISTRICT COURT

FOR THE __SOUTHERN__ DISTRICT OF __CALIFORNIA__

2008 SEP 11 PM

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____ U.S. District Court Case No. __08 cr 00424-001-JTM__

Short Case Title __U.S. v. JUAN HERNANDEZ-MEDIA__
(Include Name of Specific Defendants in Criminal Cases)
(Include defendant # in Criminal Cases)

Date Notice of Appeal Filed by Clerk of District Court __09/03/2008__

---

**SECTION A** — To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | ~~Voir Dire~~ |
| 03/18/2008 | (recorded: deputy Michelle Behning) | ~~Opening Statements~~ |
| | | ~~Settlement Instructions~~ |
| 08/29/2008 | Debra Henson | ~~Closing Arguments~~ |
| | | ~~Jury Instructions~~ |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(✓) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __09/05/2008__

Type or Print Name __Heather R. Rogers__

Signature of Attorney __HRRogers__    Phone Number __(619) 233-3169, x.16__

Address: __427 C Street, Suite 300, San Diego, CA 92101__

---

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. District Court at (619) 557-6368.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

CA9-039 (REV. 11/96)                                                                                   COPY 1